NUMBER 13-03-578-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________
 
KAREN RITTER,                                                                Appellant,

v.

LESLIE DOUGLAS HARRIS,                                                 Appellee.
_________________________________________________________

On appeal from the 404th District Court
of Cameron County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, KAREN RITTER, perfected an appeal from a judgment entered by the
404th District Court of Cameron County, Texas, in cause number 2002-07-2757-G. 
After the notice of appeal was filed, appellant filed an unopposed motion to dismiss
the appeal. In the motion, appellant states that this case has been resolved and that
the parties have agreed that the June 30, 2003 final judgment should be vacated and
an agreed final order should be entered to replace the final judgment. Appellant
requests that this Court set aside the June 30, 2003 final judgment without regard to
the merits, tax the costs of this appeal against the party incurring same, and remand
the case to the trial court for rendition of judgment in accordance with the agreement
of the parties.
         The Court, having considered the documents on file and appellant’s unopposed
motion, is of the opinion that the motion should be granted. Appellant’s motion is
granted. The judgment of the trial court is REVERSED, and the cause is REMANDED
to the trial court for entry of judgment in accordance with the parties’ agreement. 
Costs of the appeal are adjudged against the party incurring same.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 19th day of May, 2005.